USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 5/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

                                       22 CR485-5 (VB)

Jonathan Long Sr.
              Defendant.
------------------------------------------------------x

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation dated March 13, 2024, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: May 14, 2024
White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge